**United States District Court**
For the Northern District of California

E-FILED on   5/24/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE CARLIN MELCHER,<br><br>Appellant,<br><br>v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy,<br><br>Appellee. | No. 12-cv-00336 RMW<br><br>ORDER TO SHOW CAUSE |

Jacqueline C. Melcher commenced the above appeal by filing a notice of appeal on January 12, 2012. The record on appeal has not been transmitted by the Bankruptcy Court to the District Court, apparently because Ms. Melcher has not provided the clerk with an adequate designation of the record. *See* Declaration of Charles P. Maher Regarding Status of Appeal, Dkt. No. 8. Ms. Melcher has also failed to file an opening brief. As this is Ms. Melcher's thirteenth appeal of an order of the Bankruptcy Court in the underlying proceeding, she should be well-acquainted with the required procedure for filing an appeal by this time. Ms. Melcher is therefore ordered to file a brief within ten days of the date of this order explaining why the case should not be dismissed for lack of prosecution. Absent a showing of good cause, the appeal will be dismissed.

ORDER TO SHOW CAUSE—No. 12-cv-00336 RMW
EDM

**United States District Court**
For the Northern District of California

1 DATED: May 24, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO SHOW CAUSE—No. 12-cv-00336 RMW
EDM                                                2